**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

RONALD GRAVES,

       Plaintiff,

v.                                                 Case No. 17-12227

GARY HEDGER, *et al.*,

       Defendant.

                                             /

**ORDER SUSPENDING ALL DEADLINES AND ORDERING COUNSEL TO SUBMIT
MEMORANDA DESCRIBING CASE PROGRESS**

On June 23, 2020, the court held a telephone status conference in this case following remand from the Sixth Circuit. During this call, counsel informed the court that a related case involving a claim for gross negligence is currently pending before the Michigan Court of Appeals. Counsel also informed the court that Defendants plan to file a petition for certiorari to the United States Supreme Court. The parties expressed a willingness to engage in mediation efforts after the resolution of the state law claim before the Michigan Court of Appeals and the petition for certiorari. Based on this conversation, the court will suspend all deadlines in this case, and the case will remain closed. As discussed during the call, the parties will submit a joint memorandum to the court every sixty days describing the progress of the instant case, the case before the Michigan Court of Appeals, and Defendants' petition for certiorari. Accordingly,

IT IS ORDERED that counsel SUBMIT a joint memorandum updating the court as to the status of this case and the related state court case every sixty days.

s/Robert H. Cleland            /<br>
ROBERT H. CLELAND<br>
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 24, 2020, by electronic and/or ordinary mail.

s/Lisa Wagner            /<br>
Case Manager and Deputy Clerk<br>
(810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\17-12227.GRAVES.SuspendingDeadlinesandOrderingMemoranda.HEK.docx